# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DAN SCHMIDT,

    Petitioner,

v.                                      CASE NO. 5:12-cv-00226-MP-EMT

PAM BONDI, MONICA DAVID, KENNETH S TUCKER,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Docs. 26 and 27, petitioner's motion for certificate of appealability and motion to proceed on appeal in forma pauperis. For the reasons stated in the orders at Doc. 20 and 22, the Court finds that petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. No certificate of appealability is appropriate in this case and the appeal is not taken in good faith. Pursuant to Fed. R. App. P. 24(a)(4) the Court therefore certifies that the appeal is not taken in good faith.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

The motion for certificate of appealability, Doc. 26, and the motion to proceed in forma pauperis on appeal, Doc. 27, are DENIED.

**DONE AND ORDERED** this _23rd_ day of October, 2012

                                                *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge