IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN SCHMIDT,

    Petitioner,

v.                                                  CASE NO. 5:12-cv-00226-MP-EMT

MICHAEL D CREWS, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Docs. 71 and 77, in which petitioner objects to the Magistrate Judge's orders at Docs. 59 and 73. Both orders were entered on "Referral & Order" forms and thus do not contain the Magistrate Judge's reasoning. In order to allow the undersigned to consider the objections, the orders at Doc. 59 and 73 are vacated, and the Magistrate Judge is directed to issue an order on those issues which explains the reasons for denying petitioner's motions. If the petitioner disagrees with that order, he must again file objections.

    **DONE AND ORDERED** this _15th_ day of January, 2013

                                       _s/Maurice M. Paul_
                                       Maurice M. Paul, Senior District Judge