IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN SCHMIDT,

    Petitioner,

v.                                          CASE NO. 5:12-cv-00226-MP-EMT

KENNETH S TUCKER, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 83, Objection to Doc. 75, the Magistrate Judge's Order denying petitioner's Motion to Disqualify Counsel. Upon consideration, the undersigned agrees that the petitioner has shown no reason to disqualify counsel for the Florida Parole Commission. Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

The objection at Doc. 83 is overruled, and the order at Doc. 75 will not be reconsidered under 28 U.S.C. § 636(b)(1)(A).

**DONE AND ORDERED** this _29th_ day of January, 2013

                                            *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge